# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:19cr359**

**V.**

**ORDER**

**JOSHUA DWIGHT KLUTTZ**

---

**THIS MATTER IS BEFORE THE COURT** on Defendant's Pending Motion, (Doc. No. 42) Motion to seal

**IT IS ORDERED**, that Defendant's Motion (Doc. No.42) is **GRANTED.**

Signed: November 29, 2021

Frank D. Whitney
United States District Judge